Electronically Filed by Superior Court of California, County of Orange, 07/29/2024 08:00:00 AM.
30-2024-01378580-CU-BC-CJC - ROA # 97 - DAVID H. YAMASAKI, Clerk of the Court By L. Arnold, Deputy Clerk.

**CIV-110**

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 326307 | **FOR COURT USE ONLY** |

NAME: Kenneth E. Chase

FIRM NAME: Chase Law & Associates, P.A.

STREET ADDRESS: 2700 N. Military Trail, Suite 150

CITY: Boca Raton   STATE: FL   ZIP CODE: 33431

TELEPHONE NO.: (305) 402-9800   FAX NO.:

E-MAIL ADDRESS: kchase@chaselaw.com

ATTORNEY FOR (name): Plaintiff Emerald Consulting Partners LLC

**EXHIBIT H**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

STREET ADDRESS: 700 Civic Center Drive West

MAILING ADDRESS:

CITY AND ZIP CODE: Santa Ana, CA 92701

BRANCH NAME: Central Justice Center

PLAINTIFF/PETITIONER: Emerald Consulting Partners LLC

DEFENDANT/RESPONDENT: INBE Capital LLC and Messner Reeves LLP

| **REQUEST FOR DISMISSAL** | CASE NUMBER: 30-2024-01378580-CU-BC-CJC |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice
   b. (1) ☐ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):   on (date):
      (4) ☐ Cross-complaint filed by (name):   on (date):
      (5) ☒ Entire action of all parties and all causes of action   WITHOUT prejudice
      (6) ☐ Other (specify):*

2. (Complete in all cases except family law cases.)
   The court ☐ did   ☒ did not   waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: July 27, 2024

Kenneth E. Chase
_____
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed

▶ _____ (SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date: _____

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶ _____ (SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

4. ☒ Dismissal entered as requested on (date): 07/29/2024
5. ☐ Dismissal entered on (date): _____ as to only (name):
6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed   ☐ means to return conformed copy

Date: 07/29/2024   DAVID H. YAMASAKI, Clerk of the Court   Clerk, by _____ L. Arnold _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

**CIV-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER:  Emerald Consulting Partners LLC <br> DEFENDANT/RESPONDENT:  INBE Capital LLC and Messner Reeves LLP | CASE NUMBER: <br> 30-2024-01378580-CU-BC-CJC |

---

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

---

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*

   a. ☐ not recovering anything of value by this action.

   b. ☐ recovering less than $10,000 in value by this action.

   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: July 27, 2024

Kenneth E. Chase
_____
(TYPE OR PRINT NAME OF [X] ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ _____
(SIGNATURE)

---

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred. My business address is 2700 N. Military Trail, Boca Raton, FL 33431.

On July 27, 2024, I served the following document entitled **Request for Dismissal WITHOUT Prejudice** on the following service list:

Eric R. Deitz
Gordon Rees Scully Mansukhani LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
edeitz@grsm.com

Anastasia F. Osbrink
Gordon Rees Scully Mansukhani LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
aosbrink@grsm.com

[x] By Electronic Submission. I served the above document to the email listed in the service list above.  A true and correct copy of this transmittal will be produced if requested by any party or the court.

[ ] By Fedex Overnight Delivery.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 27, 2024 at Boca Raton, FL.

By:    */s/ Kenneth E. Chase*
        Kenneth E. Chase