**Electronically Filed**
**9/17/2024 3:06 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

EXHIBIT

**J**

**NOTC**
Gregory A. Gordillo (NSBN 13342)
THE GORDILLO LAW FIRM
5940 S Rainbow Blvd, Suite 4011
Las Vegas, NV 89118
702-802-6845
greg@gordillolawfirm.com

Attorney for Plaintiff

## DISTRICT COURT

## CLARK COUNTY, NEVADA

**HOMEPEOPLE CORPORATION, dba Romio**

Plaintiff(s),

vs.

**MESSNER REEVES LLP**

Defendant(s).

Case No.:  A-24-889648-B
Dept. No.:  16

## NOTICE AND JUDGMENT OF DISMISSAL

Defendant MESSNER REEVES LLP, not having filed or served an answer or motion for summary judgment, Plaintiff requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal as to said Defendant without prejudice.

DATED this 17th day of September 2024.

/s/ Gregory A Gordillo
Gregory A. Gordillo (NSBN 13342)
5940 S Rainbow Blvd, Suite 4011
Las Vegas, Nevada 89118
702-802-6845
greg@gordillolawfirm.com

*Attorney for Plaintiff*

Page 1 of 2

On application of the Plaintiff, and no answer or motion for summary judgment having been filed or served by Defendant named above, a notice of the dismissal of this action having been duly signed, the above-titled action is hereby dismissed as to Defendant MESSNER REEVES LLP without prejudice.

STEVEN D. GRIERSON, CLERK OF THE COURT


By:_____
                Deputy Clerk                                    Date