Case No. 1:26-cv-01707-KAS    Document 36-12    filed 06/25/26    USDC Colorado    pg
Case 2:24-cv-05161-WLH-E    Document 18    Filed 07/25/24    Page 1 of 2    Page ID
#:198



**EXHIBIT**

**L**

Kenneth E. Chase (SBN 326307)
kchase@chaselaw.com
CHASE LAW & ASSOCIATES, P.A.
2700 N. Military Trail, Suite 150
Boca Raton, FL 33431
Telephone: (561) 709-7000

*Attorneys for Plaintiff Kosher Eats LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KOSHER EATS LLC, a Florida limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>MESSNER REEVES LLP, a Colorado limited liability partnership, CLEARWATER PREMIERE PERPETUAL MASTER LLC, a Wyoming limited liability company, TORBEN WELCH, an individual, DANIEL CHARTRAW a/k/a Leon Chartue, an individual, and TITAN FINANCIAL, LLC, a Wyoming limited liability company,<br><br>      Defendants. | **Civil Action No. 2:24-cv-05161**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Kosher Eats LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this Voluntary Dismissal Without Prejudice of all claims asserted in the Complaint with each side bearing its own costs and fees.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Case No. 1:26-cv-01707-KAS    Document 36-12    filed 06/25/26    USDC Colorado    pg
Case 2:24-cv-05161-WLH-E    Document 18    Filed 07/25/24    Page 2 of 2    Page ID
#:199

Reference is made to *Kosher Eats LLC et al v. Welch et al* filed on today's date in the United States District Court for the District of Utah under case number 2:24-cv-00520.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By:  */s/ Kenneth E. Chase*
Kenneth E. Chase (SBN 326307)
kchase@chaselaw.com
CHASE LAW & ASSOCIATES, P.A.
2700 N. Military Trail, Suite 150
Boca Raton, FL 33431
Telephone: (561) 709-7000

*Attorneys for Plaintiff Kosher Eats LLC*

2
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE